**Law Office of David Wims**
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

August 30, 2024

# BY ECF

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11212
Attn: Honorable Magistrate Judge James A. Marutollo

**Re:** ***Cooke v. Frank Brunckhorst Co., LLC*** **(23CV6333)(JAM)**

Dear Judge Marutollo,

As you know, this office represents the Plaintiff in this matter. On September 10, 2024, the parties submitted to the Court their joint motion for approval of the settlement of this Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201 *et seq*, matter. See Docket ##43-44.

I write to notify the Court that my client, Plaintiff Denis Cooke, has today indicated to me that he wishes to rescind his signature on, and attendant consent to, the parties' settlement agreement in this matter. My client's written statement to me is attached herewith as Exhibit 1.

Thank You for Your time and attention.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

Cc: Alexander Leonard, Esq. (By ECF)
Gina Nicotera, Esq. (By ECF)