Outlook

## Notification to rescind signature

**From** Denis Cooke <badbaje@yahoo.com>
**Date** Tue 9/17/2024 1:42 PM
**To** David Wims <davidwims@hotmail.com>
**Cc** Cecilia Cooke <cecijay@gmail.com>

Mr David Wimms

I am writing to formally notify you that I hereby rescind my signature of September 9th 2024 to the agreement / settlement document.

New and surprising information has now come to my attention that calls for rescinding my signature.

I officially request that the document / agreement is not filed nor submitted to the court as a final agreement, and hereby inform you I am not in agreement with the proposed settlement.

If it has been submitted, I request it is withdrawn and I do not at this time agree to the zoom meeting that was to be planned, for the court to make the agreement final and binding. Please make this official notification to all parties.

Please email me proof of notification of my request to the court, and its receipt by the court as soon as possible. We can continue in this matter after such

Denis Cooke.

09/17/2024