**Law Office of**
**David Wims**
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

August 30, 2024

## **BY ECF**

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11212
Attn: Honorable Magistrate Judge James A. Marutollo

**Re:** ***Cooke v. Frank Brunckhorst Co., LLC*** **(23CV6333)(JAM)**

Dear Judge Marutollo,

As you know, this office represents the Plaintiff in this matter. Defense counsel is copied on this correspondence.

Pursuant to Your Order of September 20, 2024, I write to notify the Court that despite numerous telephone calls, email messages and text messages from me to my client since Friday, I have still not heard back from him. Based on this, I ask that the Court adjourn the September 24, 2024 status teleconference in this matter to allow for more time to contact the Plaintiff. Defendant does not object to the relief requested herein. If granted, no other scheduled dates will be affected thereby.

Thank You for Your time and attention.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

Cc: Alexander Leonard, Esq. (By ECF)
Gina Nicotera, Esq. (By ECF)