**Law Office of**
**David Wims**
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

August 30, 2024

## BY ECF

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11212
Attn: Honorable Magistrate Judge James A. Marutollo

**Re:** ***Cooke v. Frank Brunckhorst Co., LLC* (23CV6333)(JAM)**

Dear Judge Marutollo,

As you know, this office represents the Plaintiff in this matter. Defense counsel is copied on this correspondence.

I write pursuant to Your Order of September 23, 2024 to notify the Court that I intend to appear before the Court on Plaintiff's behalf at the status conference on October 2, 2024. I have not heard from Plaintiff since the last update I provided to the Court.

Thank You for Your time and attention.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

Cc: Alexander Leonard, Esq. (By ECF)
Gina Nicotera, Esq. (By ECF)