RECEIVED IN THE PRO SE OFFICE
NOV 07, 2024, 10:22AM
VIA BOX.COM

Denis Cooke

8 Highland Court

Saugerties, New York 12477

October 22, 2024

**RE: Case No.: 1-23-cv-06333-JAM**
**Cooke v. Frank Brunckhorst Co. LLC**

Dear Hon. Marutollo,

My name is Denis Cooke, the Plaintiff in the above-mentioned case.

As per Magistrate Judge Joseph A. Marutollo's instructions at the court hearing on October 2, 2024, I am submitting this letter to notify the court that, at this time, I will be representing myself in pursuing this matter, while I continue to seek legal representation.

The two military support groups I have been referred to so far informed me they are out of funds now and are not able to provide representation.

I am seeking other representation and will inform the court as soon as have attained legal counsel. Until such time, I would like to proceed with this matter pro se.

Please advise as to this this correspondence is sufficient to satisfy Judge Marutollo's instructions. I thank the court for its courtesy and patience in this matter.

Respectfully Yours,

Denis Cooke