**Thank you for your consultation with Tully Rinckey** badbaje@yahoo.c.../Spam

**Francis Curran** <fcurran@tullylegal.com> Nov 14 at 1:55 PM
To: badbaje@yahoo.com <badbaje@yahoo.com>, cdenike@tullylegal.com <cdenike@tullylegal.com>, moryell@tullylegal.com <moryell@tullylegal.com>

TULLY RINCKEY PLLC
ATTORNEYS & COUNSELORS AT LAW

441 NEW KARNER ROAD
ALBANY, NEW YORK 12205-3884
(518) 218-7100
FAX: (518) 218-0496
WWW.TULLYLEGAL.COM
EMAIL: INFO@TULLYLEGAL.COM

**FILED**
**Nov 20, 2024, 8:59 AM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

11/14/2024

Denis Cooke
8 Highland Court
Saugerties, NY 12477
United States

RE: Initial Consultation

Dear Mr. Denis Cooke

Thank you for consulting with our firm regarding your potential legal matter. Based on the matters we discussed and after careful consideration, the firm has determined not to undertake legal representation of your matter at the current time. Should the facts or circumstances change in the future, please feel free to contact us again. Our firm appreciates being given the opportunity to meet with you and discuss your concerns. In declining to undertake this matter at the current time, the firm is not expressing an opinion on whether you will prevail or not.

Also, please be aware that time may be of the essence in your legal matter. The passage of time may bar you from pursuing any claim you have. Accordingly, if you intend to pursue legal action, it is recommended that you timely contact another firm for assistance.

Again, thank you for your interest in our firm and allowing us to offer our opinion in this matter. We appreciate the confidence that you have shown in our firm. Moreover, as we discussed, facts and circumstances may change, which may warrant another consultation, so please do not hesitate to contact us, at that time, to explore additional options.

Sincerely,
Conor DeNike
Chief Administrative Officer
cdenike@tullylegal.com

Tully Rinckey PLLC
411 New Karner Road | Albany, NY 12205
+1 (518) 218-7100 Phone | +1 (518) 640-3533 Direct | +1 (518) 218-0496 Fax | www.tullylegal.com

Confidentiality / Privilege Notice: This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged or otherwise protected from disclosure. The use or disclosure of the information contained in this transmission for any purpose other than that intended by its transmittal is strictly prohibited. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.