Denis Cooke

8 Highland Court

Saugerties, New York 12477

December 18, 2024

**FILED**
**12/18/2024 at 06:58 PM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office**
**Electronically**

**RE: Case No.: 1-23-cv-06333-JAM**
**Cooke v. Frank Brunckhorst Co. LLC**

Dear Hon., Marutollo,

My name is Denis Cooke the Plaintiff in the above-mentioned case. As per Magistrate Judge Joseph A. Marutollo's instructions, I am submitting an amended complaint to change from a Class Action Complaint to an EEOC Disability Discrimination Complaint.

At this time, I am still unable to retain legal representation and would like to continue representing myself in pursuing this matter until I am able to secure legal counsel. I will inform the court as soon as I have attained legal representation. In the meantime, I would like to proceed with this matter pro se.

Please advise if this correspondence satisfies Judge Marutollo's instructions. I thank the court for its courtesy and patience in this matter.

Respectfully Yours,

Denis Cooke