Feb. 14, 2025

FILED
02/14/2025 04:04 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Electronic Portal

Honorable Joseph A. Marutollo, U.S. Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Cooke v. Frank Brunckhorst Co. LLC, 1-23-cv-06333-JAM
Plaintiff's Response to Defendant's Motion to Dismiss[1]

Dear Judge Marutollo,

I am *pro se* Plaintiff, writing in response to Defendant's Motion to Dismiss (Ct. Docs. 64, 65 and 66).

The Defendant seeks to dismiss the Amended Complaint (Ct. Doc. 61) arguing that I did not timely commence my claim with the Equal Employment Opportunity Commission. For the reasons presented below, I submit that my claim was timely filed.

I reference the EEOC charging documents attached to my Amended Complaint. I filed the EEOC complaint on February 18, 2022. In my charging papers, I stated that the last incident of discrimination occurred on July 2, 2021. This is well with the 300-day filing requirement. The charge was accepted and investigated by the EEOC.

I then received the Notice of Right to Sue letter, dated May 26, 2023. I had to commence a federal action within 90 days by August 24, 2023. My former attorney commenced the instant action in this Court on August 23, 2023 (Ct. Doc. 1).

During the status conference held on October 2, 2024, Defendant raised the issue about whether I should be granted the opportunity to file an Amended Complaint considering the earlier phases in the litigation. I had articulated the reasons why I sought to proceed pro se. Your Honor granted me time to file an Amended Complaint.

At this stage, given that my ADA claim was timely exhausted and filed in this Court, justice would be best served to fully litigate this matter. Thus, I respectfully request that Defendant's Motion to Dismiss be denied, and for the case to proceed. I hope that the

---

[1] This letter was prepared with help from the City Bar Justice Center's Federal Pro Se Legal Assistance Project.

Defendant will be amenable to work towards reaching a meaningful resolution of this matter.

Respectfully submitted,

Denis Cooke
8 Highland Court
Saugerties, NY 12477
347-569-3727
*Pro Se* Plaintiff

Cc: Alexander Wilde Leonard, Esq.
aleonard@golenbock.com

Gina Elyse Nicotera, Esq.
gnicotera@golenbock.com