RECEIVED IN THE PRO SE OFFICE
MARCH 25, 2025
VIA ELECTRONIC PORTAL

March 25, 2025

Hon. Joseph A. Marutollo, U.S. Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Cooke v. Frank Brunckhorst Co., LLC*, 23-cv-06333 (JAM)[1]

Dear Magistrate Judge Marutollo:

I am pro se Plaintiff Denis Cooke. I am writing to provide the Court with a brief status update. Gina E. Nicotera, counsel for Defendant, does not object to me sending you this update.

Pending before the Court is Defendant's Motion to Dismiss the Amended Complaint. I wanted to inform you that the parties are now starting to explore settlement and may take a few weeks. Should your Honor require an update in the future, I will be happy to provide one.

Thank you for your consideration in this matter.

Sincerely,

Denis Cooke

Denis Cooke
8 Highland Court
Saugerties, NY 12477
347-569-3727

[1] This letter was prepared with help from the City Bar Justice Center's Federal Pro Se Legal Assistance Project.